UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MEMORANDUM

| | |
|---|---|
| Case No. CV 15-3465 DSF | Date 8/6/15 |

Title  *In Re Debtor - Arnold W. Klein, M.D.*
       Arnold W. Klein v. Landau Gottfried and Berger LLP)

Present: The Honorable   DALE S. FISCHER

| Debra Plato | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) Second Order To Show Cause Re Bankruptcy Appeal**

    This is the second order to show cause issued in this appeal regarding the filing of required F.R.B.P. Rule 8006 records. The Bankruptcy Court has not issued a Certificate of Readiness in this action and it appears that the required Rule 8006 records have still not been completely ordered. Therefore, Appellant is ordered to show cause, in writing, no later than August 14, 2015, why this appeal should not be dismissed for these continued deficiencies.